IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN WHITE, | : | |
|    Plaintiff | : | No. 1:19-cv-00325 |
| | : | |
|    v. | : | (Judge Kane) |
| | : | |
| FEDEX CORPORATION | : | |
| FEDEX SUPPLY CHAIN, INC., | : | |
|    Defendants | : | |

# ORDER

**AND NOW**, on this 11th day of October 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT:**

1. The Clerk of Court is directed to amend the caption in this case to reflect the correct names of Defendants FedEx Corporation and FedEx Supply Chain, Inc.

2. The motion to dismiss filed by Defendants FedEx Corporation and FedEx Supply Chain, Inc. (Doc. No. 5) is **GRANTED** as follows:

    a. Plaintiff's Count 1 claim under the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq., is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order;

    b. Plaintiff's Count 1 claim under the Age Discrimination in Employment Act, 29 U.S.C.A. § 621, et seq., is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order; and

    c. Plaintiff's Count 2 wrongful discharge claim is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania