# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN WHITE, | : | Civil No. 1:19-CV-00325 |
| Plaintiff, | : | |
| v. | : | |
| FEDEX SUPPLY CHAIN, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of December, 2020, in accordance with the accompanying memorandum, **IT IS ORDERED** that Defendant's motion to dismiss for lack of prosecution, Doc. 35, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

1